**ALBERT Y. DAYAN**    80-02 Kew Gardens Rd., # 902, Kew
<u>Attorney at Law</u>            Tel: (718) 268-9400:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022
```

**By ECF:**

April 21, 2022

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007



Request **GRANTED**.
The ten-day extension is granted.

**SO ORDERED.**
4/22/2022
DATE        VICTOR MARRERO, U.S.D.J.

 Re:    United States v. Daniel McIntosh, et. al.
        Case No. 22-cr-174-VM
        <u>Request for Modification of Bail Conditions</u>

Dear Judge Marrero:

I am counsel for Daniel McIntosh. At the initial presentment, by April 8, 2022, the Defendant was required, *inter alia*, to complete the interviews and submit bail paperwork for the three (3) potential sureties.

Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. With no objection from the Government, I am kindly requesting an extension of time of another ten (10) days for the surety issues to be finalized with regards to Daniel McIntosh's bail.

Thank you Your Honor.

                    Very truly yours,

                    /s/ *Albert Y. Dayan*
                    Albert Y. Dayan, Esq.
                    Attorney at Law

cc.    AUSA Ashley Nicolas (By ECF)