USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2022

**ALBERT Y. DAYAN**        80-02 Kew Gardens Rd.,#
Attorney at Law                      Tel: (718) 268

June 15, 2022

Request **GRANTED.**

The requested modification is granted under the terms described in the below letter.

**SO ORDERED.**

6/16/2022
_____
DATE                     VICTOR MARRERO, U.S.D.J.

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

Re:    United States v. Dan[...]
       Case No. 22-cr-174-VM
       Request for Modification of Bail Conditions

Dear Judge Marrero:

I am counsel for Daniel McIntosh. .

Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. With no objection from the Intensive Supervision Specialist, Pretrial Services, I am respectfully requesting the Court's permission for Mr. McIntosh to attend his daughter, Skylah's Class of 2022, 4th Grade graduation ceremony on Friday, June 17, 2022, at 9:00 a.m. and to take her out after the ceremony. The ceremony will be held at her school, Bronx 1 – Success Academy located at 339 Morris Avenue, Bronx, New York 10451.  Mr. McIntosh is also kindly asking the Court's consent to spend some extra time with his daughter and to return to his residence by 7:00 p.m.

Thank you Your Honor for your consideration.

Very truly yours,

/s/  *Albert Y. Dayan*
Albert Y. Dayan, Esq.
Attorney at Law

cc.    AUSA Ashley Nicolas (By ECF)