**ALBERT Y. DAYAN**
Attorney at Law

80-02 Kew Gardens Rd., # 902, K
Tel: (718) 268-9400:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022

**By ECF:**

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Request **GRANTED**.
Defendant Daniel McIntosh's bail conditions shall be modified to allow attendance at his aunt's funeral on July 2, 2022 during the hours specified in the letter below.

SO ORDERED.

7/1/2022
DATE      VICTOR MARRERO, U.S.D.J.

Re:   United States v. Daniel McIntosh, et al.
      Case No.: 22-cr-174-VM
      Request for Modification of Bail Conditions

Dear Judge Marrero:

I am counsel for Daniel McIntosh.

Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. With no objection from the Government and Intensive Supervision Specialist, Pretrial Services, I am respectfully requesting the Court's permission for Mr. McIntosh to attend the funeral service of his aunt, Kim Lucas who has passed away. The service will be held on Saturday, July 2, 2022 from 4:00 p.m. to 8:00 p.m. and Repast from 8:00 p.m. to 11:00 p.m. The funeral service will take place at 524 Southern Blvd., Bronx, New York 10455.

Thank you Your Honor for your consideration.

Very truly yours,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc:   AUSA Ashley Nicolas (By ECF)