**ALBERT Y. DAYAN**    80-02 Kew Gardens Rd.,# 9
Attorney at Law    Tel: (718) 268-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2022

**By ECF:**

July 15, 2022

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    United States v. Daniel McIntosh, et. al.
           Case No. 22-cr-174-VM
           Request for Modification of Bail Conditions

Dear Judge Marrero:

    I am counsel for Daniel McIntosh. .

    Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. With no objection from the Intensive Supervision Specialist, Pretrial Services, I am respectfully requesting the Court's permission for Mr. McIntosh to attend his daughter's basketball game on Saturday, July 16, 2022 from 11:30 a.m. to 5:00 p.m. at 271 W 150th Street, New York, New York 10039. Mr. McIntosh is also kindly asking the Court's consent to spend some extra time with his daughter and to return to his residence by 9:00 p.m.

    Thank you Your Honor for your consideration.

    Very truly yours,

---

Request **GRANTED**.

The requested modification from 11:30 a.m. until 9:00 p.m. on Saturday, July 16 is granted.

**SO ORDERED.**

7/15/2022
DATE

_VICTOR MARRERO, U.S.D.J._