# ALBERT Y. DAYAN
80-02 Kew Gardens Rd.,# 902
**Attorney at Law**
Tel: (718) 268-940[...]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022

**By ECF:**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

> The requested bail modification is denied due to Defendant's repeated last minute requests for bail modifications.
>
> SO ORDERED.
> 7/19/2022
> DATE   VICTOR MARRERO, U.S.D.J.

Re:  United States v. Daniel McIntosh, et. al.
     Case No. 22-cr-174-VM
     <u>Request for Modification of Bail Conditions</u>

Dear Judge Marrero:

    I am counsel for Daniel McIntosh.

    Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. Mr. McIntosh, through defense counsel respectfully requests the Court's permission for Mr. McIntosh to celebrate his daughter's birthday with her on Wednesday, July 20, 2022, by accompanying her out from 10:00 a.m. for the following activities: to take her to the hair and nail salons; after to the slime museum from 3:00 p.m. to 5:00 p.m., then to the ice cream museum, and then to dinner from 7:00 p.m. to 9:00 p.m. and to return to his residence by 11:00 p.m.

    Intensive Supervision Specialist, Pretrial Services has deferred this request to the Court.

    Thank you Your Honor for your consideration.

Very truly yours,

/s/ *Albert Y. Dayan*
Albert Y. Dayan, Esq.
Attorney at Law

cc.  AUSA Ashley Nicolas (By ECF)
     USPO Jonathan Lettieri