**ALBERT Y. DAYAN**  
Attorney at Law  
80-02 Kew Gardens Rd.,# 902  
Tel: (718) 268-940

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2022
```

**By ECF:**

August 4, 2022

The Honorable Victor Marrero  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street, Suite 660  
New York, New York 10007

Re:  United States v. Daniel McIntosh, et. al.  
Case No. 22-cr-174-VM  
Request for Modification of Bail Conditions

Dear Judge Marrero:

I am counsel for Daniel McIntosh.

Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. With no objection from the Intensive Supervision Specialist, Pretrial Services, I am respectfully requesting the Court's permission for Mr. McIntosh to attend his daughter's basketball game on Saturday, August 6, 2022 from 11:00 a.m. to 4:00 p.m. at 271 W 150th Street, New York, New York 10039, and thereafter to take her to dinner and to return to his residence by 8:00 p.m.

The Government defers this request to the Court.

Thank you Your Honor for your consideration.

Very truly yours,

/s/ *Albert Y. Dayan*  
Albert Y. Dayan, Esq.  
Attorney at Law

---

**Request GRANTED.**  
Mr. McIntosh's request for permission to leave his home from 11:00am until 8:00pm on Saturday, August 6, 2022 is granted.

**SO ORDERED.**  
8/5/2022  
DATE  
VICTOR MARRERO, U.S.D.J.