**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:** 8/11/2022

# ALBERT Y. DAYAN
80-02 Kew Gardens Rd., # 902,

Attorney at Law          Tel: (718) 268-9400

**By ECF:**

Request **GRANTED.**
Mr. McIntosh's bail conditions are modified as requested.

**SO ORDERED.**

8/11/2022

DATE        VICTOR MARRERO, U.S.D.J.

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    United States v. Daniel McIntosh
            Case No. 22-cr-174-VM
            Request for Modification of Bail Conditions

Dear Judge Marrero:

    I am counsel for Daniel McIntosh.

    Your Honor, the defendant, Daniel McIntosh is under electronic monitoring and home detention. With no objection from Intensive Supervision Specialist, Pretrial Services, Mr. McIntosh, through defense counsel respectfully requests the Court's permission for him to take his daughter, Skylah to breakfast on Saturday, August 13, at 10:00 a.m. and then to swimming at the John Jay Pool at 77th Street and Lexington Avenue, New York, and to return home by 5:00 p.m.

    Mr. McIntosh is also kindly asking the Court's consent to accompany his daughter to her basketball game on Sunday, August 14, 2022 from 1:00 p.m. to 5:00 p.m. at the Mt. Morris Park West, New York, NY 10027 and then for dinner, and to return home at 9:00 p.m. Your Honor, these are activities that Mr. McIntosh usually do with his daughter, Skylah on a regular basis before his arrest. She has no one else to take her out and would really like her dad to continue spending time with her.

    The Government has deferred these requests to Pretrial Services.

    Thank you Your Honor for your consideration.

                                      Very truly yours,

                                      /s/ *Albert Y. Dayan*
                                      Albert Y. Dayan, Esq.
                                      Attorney at Law

cc.    AUSA Ashley Nicolas (By ECF)
       USPO Jonathan Lettieri