USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   22 Cr. 174-2 (VM)
      -against-                      :
                                     :   ORDER
Daniel McIntosh                      :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

VICTOR MARRERO, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
       September 26, 2022

                              SO ORDERED:

                              _____
                              Victor Marrero
                              U.S.D.J.