**ALBERT Y. DAYAN**     80-02 Kew Gardens Rd.,# 902
_Attorney at Law_          Tel: (718) 268-940...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022

**By ECF:**

November 22, 2022

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    United States v. Daniel McIntosh, et. al.
           Case No. 22-cr-174-VM
           <u>Request for Modification of Bail Conditions</u>

Dear Judge Marrero:

    I am counsel for Defendant, Daniel McIntosh who is on curfew from 9:00 a.m. to 6:00 p.m.

    With no objection from Intensive Supervision Specialist, Pretrial Services, Mr. McIntosh, through defense counsel respectfully requests the Court's permission for him to attend a Thanksgiving Dinner with his family on Thursday, November 24, 2022, from 9:00 p.m. to 12:00 a.m. at 772 Jackson Avenue, New Windsor, New York 12553.

    Also on Friday, November 25, 2022, from 9:00 p.m. to 12:00 a.m. Mr. McIntosh is asking the Court's approval to attend a party with his family to celebrate his grandma's birthday at 1600 Sedgwick Avenue, Bronx, New York 10453.

    Mr. McIntosh is kindly requesting the Court's consent to extend his curfew to allow him to attend both occasions so that he can leave his home and return at 12:00 a.m.

    The Government takes no position to these requests.

    Thank you Your Honor for your consideration.

cc:    AUSA Ashley Nicolas (By ECF)
       USPO Jonathan Lettieri

**Request GRANTED.** Defendant's request for bail modification to authorize travel for the Thanksgiving holiday on the terms and conditions specified is hereby GRANTED.

**SO ORDERED.**

11/23/2022
DATE

_/s/ Victor Marrero_
VICTOR MARRERO, U.S.D.J.