```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DANIEL MCINTOSH and JAMEIK EVANS,

Defendants.

22 CR 174 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for September 15, 2023 is hereby adjourned until November 3, 2023 at 10:30 a.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until November 3, 2023.

It is hereby ordered that time until November 3, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   14 September 2023
         New York, New York

Victor Marrero
U.S.D.J.