USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    - against -

DANIEL MCINTOSH,

        Defendants.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 14, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

Dated:    20 December 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.