USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

DANIEL MCINTOSH,

           Defendants.

22 CR 174 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 14, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Defendant's sentencing proceeding is hereby scheduled for March 29, 2024, at 1:00 P.M.

**SO ORDERED.**

Dated:    20 December 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.