USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                 - against -

DANIEL MCINTOSH, JAMEIK EVANS,

                   Defendants.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for January 12, 2024, is hereby adjourned in light of Defendant Daniel McIntosh's change of plea to guilty before Magistrate Judge Wang on December 14, 2023, and in light of Defendant Jameik Evans's notice of intent to plead guilty pursuant to a plea agreement with the Government.

**SO ORDERED.**

Dated:    5 January 2024
            New York, New York

                                 Victor Marrero
                                 U.S.D.J.