**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/24

UNITED STATES OF AMERICA,

        - against -

DANIEL MCINTOSH,

        Defendant.

**22 CR 174 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

With the parties' consent, Daniel McIntosh's sentencing currently scheduled for June 7, 2024 is hereby adjourned until July 12, 2024 at 2:00 p.m.

**SO ORDERED.**

Dated:    15 May 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.