USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL MCINTOSH,

        Defendant.

**ORDER**

22 Cr. 174 (VM)

WHEREAS, with defendant Daniel McIntosh's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 13, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York

            9 July 2024

                                          Victor Marrero
                                          U.S.D.J.